# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIM. ACTION NO. 3:24-00190-01** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **CHRISTOPHER C. SMITH (01)** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## O R D E R

The Report and Recommendation of the Magistrate Judge [Doc. No. 34] having been considered, together with the Objection [Doc. No. 35] filed by Defendant Christopher C. Smith, ("Smith") and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED** that the Motion to Suppress [Doc. No. 27] filed by Defendant Christopher Smith is hereby **DENIED**.

MONROE, LOUISIANA, this 19th day of February 2025.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE